# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAIME FORNARI,<br><br>    Plaintiff,<br><br> vs.<br><br>JOSE MIGUEL FIGEREDO GUILLEN, SOLER & SOLER HAULING, INC., HARDINDER SINGH BHULLAR, APPLE TRANSPORT LTD, MARTIN HOTTON, GERRY MERCER TRUCKING INC., JEFFREY A. CLARK, BECO INC., JOHN LANZ, SHELLY L. LANZ, and A PLUS TRUCKING,<br><br>    Defendants. | 4:19CV3030<br><br>ORDER TO SHOW CAUSE |

Federal Rule of Civil Procedure 4(m) provides, "If a defendant is not served within 90 days after the complaint is filed, the court -- on motion or on its own after notice to the plaintiff -- must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period." Fed. R. Civ. P. 4(m).

Plaintiff filed this action on April 2, 2019. (Filing No. 1). More than 90 days has elapsed since the Complaint was filed. Although several defendants have filed answers or requested extensions to do so, Plaintiff has not filed any return of service indicating service on defendants Hardinder Singh Bhullar and Jeffrey A. Clark, nor have those defendants entered a voluntary appearance, and Plaintiff has not requested an extension of time to complete service. Accordingly,

**IT IS ORDERED** that Plaintiff shall have until **August 19, 2019**, to show cause why this case should not be dismissed as to defendants Hardinder Singh Bhullar and Jeffrey A. Clark pursuant to Federal Rule of Civil Procedure 4(m) or for want of prosecution. The failure to timely comply with this order may result in dismissal of this action as to those defendants without further notice.

Dated this 5th day of August, 2019.

                       BY THE COURT:

                       s/ Michael D. Nelson
                       United States Magistrate Judge