IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAIME FORNARI, **Plaintiff,** vs. JOSE MIGUEL FIGEREDO GUILLEN, et al., **Defendants.** | 4:19CV3030 **ORDER** |
| KEVIN J. PALMER, and CHRISTINA S. PALMER, Special Co-Administrators for the Estate of Jason Jeffrey Palmer, deceased; **Plaintiffs,** vs. A PLUS TRUCKING, LLC, et al, **Defendants.** | 8:19CV565 **ORDER** |

This matter is before the Court following a telephone conference held on April 21, 2020, with counsel for the parties in both above-captioned cases before Magistrate Judge Michael D. Nelson. The parties agree, and the Court finds, that these cases should be consolidated for discovery and pretrial management pursuant to Federal Rule of Civil Procedure 42(a). In accordance with the matters discussed at the conference,

**IT IS ORDERED:**

1. The parties' joint request to consolidate these cases for purposes of discovery is granted.

2. The two above-captioned cases are consolidated for purposes of discovery and pretrial management.

3. Case No. 4:19CV3030 will be designated as the "Lead Case" and Case No. 8:19CV565 will be designated as "Member Case."

4. The court's CM/ECF System has the capacity for "spreading" text among the consolidated cases. If properly docketed, the documents filed in the Lead Case will automatically

be filed in the Member Case. The parties are instructed to file documents related to discovery (except those described in paragraph 5) in the Lead Case and to select the option "yes" in response to the System's question whether to spread the text.

5. The parties may not use the spread text feature to file complaints, amended complaints, and answers; to pay filing fees electronically using pay.gov; or to file items related to service of process.

6. If a party believes an item in addition to those described in paragraph 4 should not be filed in all the consolidated cases, the party must move for permission to file the item in one or more member cases. The motion must be filed in all the consolidated cases using the spread text feature.

7. Counsel for the parties in both cases shall confer and, on or before **May 1, 2020**, they shall jointly file an Amended Rule 26(f) Report encompassing both cases.

Dated this 21st day of April, 2020.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge