# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **JAIME FORNARI,** | |
| Plaintiff, | 4:19CV3030 |
| vs. | ORDER |
| **JOSE MIGUEL FIGEREDO GUILLEN, et al.,** | |
| Defendants. | |
| **KEVIN J. PALMER, and CHRISTINA S. PALMER**, Special Co-Administrators for the Estate of Jason Jeffrey Palmer, deceased; | 8:19CV565 |
| Plaintiffs, | ORDER |
| vs. | |
| **A PLUS TRUCKING, LLC, et al,** | |
| Defendants. | |

Counsel for the parties have notified the undersigned magistrate judge that the plaintiffs and the defendants have settled their claims in both the above-captioned cases. Accordingly,

**IT IS ORDERED:**

1. On or before **April 8, 2022**, the settling parties shall electronically file a joint stipulation for dismissal as to those claims; and

2. Absent compliance with this order, the plaintiffs' claims against defendants may be dismissed without further notice.

Dated this 8th day of March, 2022.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge